UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROMEL BALCHAN,

                Plaintiff.

- against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

                Defendants.

21-cv-10326 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report by March 18, 2022.

SO ORDERED.

Dated:    New York, New York
           March 1, 2022

                                      John G. Koeltl
                                  United States District Judge