UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ROMEL BALCHAN,

                Plaintiff,

   - against -

NEW YORK CITY HOUSING AUTHORITY ET AL.,

                Defendants.
---

21-cv-10326 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 26, 2022 at 11:30 a.m. is canceled. The parties should report to the Court on the status of this case within 7 days after the completion of mediation.

SO ORDERED.

Dated:    New York, New York
           April 22, 2022

                                      John G. Koeltl
                                    United States District Judge