```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROMEL BALCHAN,

           Plaintiff,

    - against -                    21-cv-10326 (JGK)

NEW YORK CITY HOUSING AUTHORITY, ET      ORDER
AL.,

           Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **March 3, 2023.**

    The plaintiff is advised that Susanne Toes Keane's representation of him terminated at the conclusion of the mediation process. See ECF No. 8. However, the plaintiff may seek continued legal advice and assistance from the New York Legal Assistance Group ("NYLAG"). An informational flyer regarding NYLAG is attached to this Order.

**SO ORDERED.**

Dated:    New York, New York
            February 16, 2023

                                            John G. Koeltl
                                      **United States District Judge**

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





NYLAG
New York Legal Assistance Group