UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROMEL BALCHAN,

                Plaintiff,

    - against -                      21-cv-10326 (JGK)

NEW YORK CITY HOUSING AUTHORITY, ET    ORDER
AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    By **July 19, 2023**, the parties shall report on the court-ordered mediation that was held in this case.

SO ORDERED.

Dated:    New York, New York
           July 12, 2023

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge