```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEL BALCHAN,

                Plaintiff,

   -against-

NEW YORK CITY HOUSING AUTHORITY,
Et al.,

                Defendants.

**ORDER**

1:21-CV-10326 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the November 1, 2023 Case Management Conference:

Plaintiff shall sign supplemental medical authorizations releasing his medical records by **Wednesday, November 8, 2023** consistent with the Court's direction at the conference.

A settlement conference is scheduled for **Monday, November 27, 2023 at 2:00 p.m.** in Courtroom 17D, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties shall complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **Monday, November 20, 2023 by 5:00 p.m**.

    SO ORDERED.

DATED:    New York, New York
                November 1, 2023

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge