```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROMEL BALCHAN,

                        Plaintiff,

    -against-

NEW YORK CITY HOUSING AUTHORITY,
Et al.,

                       Defendants.

**ORDER**

**1:21-CV-10326 (JGK)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the January 8, 2024 Case Management Conference:

Discovery in this matter is reopened, and shall be completed by **Monday, April 1, 2024**.

By **Monday, January 22, 2024**, Plaintiff shall provide Defendant with the transcripts from the depositions that have already been taken. Any additional document requests must be served by **Wednesday, January 31, 2024**. The parties shall submit a joint status letter providing an update on the status of discovery by **Friday, March 15, 2024.**

The deadline for Defendant to move for summary judgment is **Friday, May 31, 2024**. Plaintiff's opposition is due on **Monday, July 15, 2024**. Defendant's reply is due on **Monday, August 5, 2024**.

        **SO ORDERED.**

DATED:    New York, New York
                January 9, 2024

                                                        _/s/ Katharine H. Parker_____
                                                          KATHARINE H. PARKER
                                                           United States Magistrate Judge