```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 03/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEL BALCHAN,

                    Plaintiff,

        -against-

NEW YORK CITY HOUSING AUTHORITY,
Et al.,

                  Defendants.

**ORDER SCHEDULING CASE MANAGEMENT
CONFERENCE**

**1:21-CV-10326 (JGK)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Case Management Conference in this matter will be held on **Thursday, April 4, 2024**

**at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New

York.

      **SO ORDERED.**

Dated:   March 17, 2024
           New York, New York

_____
          KATHARINE H. PARKER
          United States Magistrate Judge