

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET, NEW YORK, NY 10007

http:/nyc.gov/nycha

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2024
```

**LISA BOVA-HIATT**
Chief Executive Officer
**DAVID ROHDE**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5109

March 18, 2024

**VIA ECF**
Hon. Katharine H. Parker
U.S. District Court, Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

      Re:   *Romel Balchan v. New York City Housing Authority, Ava-Gay Blagrove, Vincent Eweka, and Patrick O'Hagan,* No. 21-CV-10326 (JGK)

Dear Judge Parker:

     I am counsel for Defendants New York City Housing Authority, Ava-Gay Blagrove, Vincent Eweka, and Patrick O'Hagan (collectively, "Defendants") in the above-referenced matter. I write to respectfully request an adjournment of the case management conference, currently scheduled for April 4, 2024, because I have a scheduling conflict and will be attending an all-day, in-person mediation on April 4, 2024 in another case. Plaintiff's counsel consents to my request and indicated he is unavailable from April 5, 2024 to April 9, 2024.

     Thank you for Your Honor's consideration.

Respectfully submitted,

*Hanh Le*

Hanh H. Le

cc: Bryan Glass, Attorney for Plaintiff, via ECF

---

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Thursday, April 4, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, April 23, 2024 at 11:30 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/18/2024

---

David Rohde, EVP of Legal Affairs and General Counsel, Law Department, Telephone (212) 776-5182, Fax (212) 776-5009