UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ROMEL BALCHAN,                                  21-cv-10326 (JGK)

              Plaintiff,           ORDER

    - against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

             Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment (ECF No. 44).

**SO ORDERED.**

Dated:    New York, New York
           August 22, 2024

                                          /s/ John G. Koeltl
                                          ───────────────────────
                                              John G. Koeltl
                                      United States District Judge