UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROMEL BALCHAN,

               Plaintiff,        21-cv-10326(JGK)

  - against -                 ORDER

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the defendants' motion for summary judgment on **Tuesday, February 18, 2025, at 12:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
            February 4, 2025

                                             /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge