**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 Broad Street, WeWork-17th Fl.
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
Partner

February 11, 2025

*Via ECF*
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

    Re: **Romel Balchan v. New York City Housing Authority et al.,**
      **21-CV-10326 (JGK) (KHP)**
      **Plaintiff's Request to Adjourn Oral Argument regarding Defendants'**
      **Motion for Summary Judgment**

Dear Judge Koeltl:

  We represent Plaintiff Romel Balchan, and we write to respectfully request an adjournment of the oral argument regarding Defendants' motion for summary judgment scheduled for February 18, 2025 at 12 pm. The undersigned attorney has a scheduling conflict on that day as he has a continuation of a hearing in a matter before the NYS Public Employment Relations Board. This is Plaintiff's first request for an adjournment of the oral argument regarding Defendants' motion for summary judgment.

  Defendants' counsel has consented to Plaintiff's request for an adjournment. The parties are available on February 28, 2025 and March 7, 2025 should the court have any availability on those dates.

  Thank you for your Honor's consideration.

*[Handwritten: ADJOURNED TO THURSDAY, FEBRUARY 20, 2025, AT 11:00AM. SO ORDERED. /s/ John G. Koeltl  2/13/25  USDJ]*

Respectfully submitted,
/s/ *Bryan D. Glass*
Bryan D. Glass, Esq.
Attorney for Plaintiff

1

c: Hanh Le, Esq., Attorney for Defendants (via ECF)