UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROMEL BALCHAN,

                Plaintiff,           21-cv-10326 (JGK)

    - against -                ORDER

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should file a joint pre-trial order, together with proposed voir dire requests, requests to charge, and motions in limine by **March 14, 2025**. Responses and objections are due by **March 21, 2025**.

    The parties are directed to appear for a final pre-trial conference on **April 8, 2025, at 11:00 a.m.**

    The parties should be ready for trial, with 48 hours' notice, by **April 25, 2025**.

SO ORDERED.

Dated:    New York, New York
           February 24, 2025

                                            _____
                                                 John G. Koeltl
                                       United States District Judge