**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROMEL BALCHAN,

                Plaintiff,

  -against-                           21 **CIVIL** 10326 (JGK)(KHP)

                                               **JUDGMENT**

NEW YORK CITY HOUSING AUTHORITY
(NYCHA), A VA-GAY BLAGROVE,
VINCENT EWEKA, PATRICK O'HAGAN,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 7, 2025, the action is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         April 7, 2025

                                            **TAMMI M. HELLWIG**

                                            _____
                                               **Clerk of Court**

                      **BY:**      K. Mango

                                               _____
                                                 **Deputy Clerk**